

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Marcy Lena Mejia, Appellant

No. 06-12-00211-CR     v.

State of Texas, Appellee

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CR-12-24507). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant, Marcy Lena Mejia, pay all costs of this appeal.

RENDERED MAY 17, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk